UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD BURLEY,

        Plaintiff,

v.

PATRICK MILLER, DANIEL HEILMAN,
STACEY BOSWORTH, and CAPTAIN
BARKER,

        Defendants.

Case Number 15-12637
Honorable David M. Lawson
Magistrate Judge Mona K. Majzoub

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING CLAIMS AGAINST DEFENDANT BARKER, DENYING PLAINTIFF'S REQUEST TO ADD CAPTAIN KILCHERMAN AS A DEFENDANT, GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND DISMISSING COMPLAINT**

Presently before the Court is the report issued on March 17, 2016 by Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. § 636(b), recommending that the Court dismiss all claims against defendant Barker, deny the plaintiff's request to add Captain Kilcherman as a defendant, and grant the defendants' motion for summary judgment. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #22] is **ADOPTED**.

It is further **ORDERED** that this case is **DISMISSED WITH PREJUDICE** as to defendant **Captain Barker, ONLY**.

It is further **ORDERED** that the plaintiff's request to add Captain Kilcherman as a defendant is **DENIED**.

It is further **ORDERED** that the defendants' motion for summary judgment [dkt. #14] is **GRANTED**.

It is further **ORDERED** that the complaint is **DISMISSED WITH PREJUDICE**.

                        s/David M. Lawson  
                        DAVID M. LAWSON  
                        United States District Judge

Dated: April 4, 2016

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 4, 2016.

                s/Susan Pinkowski  
                SUSAN PINKOWSKI